UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

HEATHER HINKFORTH, *et al.*,

    Plaintiffs,

v.　　　　　　　　　　　　　　　　　　　　　　　　Case No. 18-C-333

HARTLAND LAKESIDE SCHOOL DISTRICT, *et al.*,

    Defendants.

## ORDER OF DISMISSAL

Based upon the Report and Recommendation of Magistrate Judge Nancy Joseph, this case is ordered dismissed for lack of prosecution pursuant to Civil L.R. 41(c). However, the dismissal will be without prejudice since no defendant ever appeared or responded to the complaint. The Clerk is directed to entered Judgment forthwith.

**SO ORDERED** this 18th day of June, 2018.

                                        s/ William C. Griesbach
                                        William C. Griesbach, Chief Judge
                                        United States District Court